# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

| | |
|---|---|
| IN RE: Nelson Castillo | CASE NO.: 09–16590–reg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–3481 | CHAPTER: 7 |

# DISCHARGE OF DEBTOR
# ORDER OF FINAL DECREE

A petition under chapter 7 of title 11, United States Code was filed by or against the Debtor(s) on 11/2/09 ; an order for relief was entered under chapter 7; no order denying a discharge has been granted. The Debtor's estate has been fully administered.

**IT IS ORDERED THAT:**

1. The Debtor is released from all dischargeable debts.

2. Any judgment not obtained in this court is null and void as to the personal liability of the Debtor(s) regarding the following:

(a) debts dischargeable under 11 U.S.C. §§ 523(a);

(b) debts alleged to be excepted from discharge under 11 U.S.C. §§ 523(a)(2),(4),(6) or (15) unless determined by this court to be nondischargeable;

(c) debts determined by this court to be discharged.

3. All creditors whose debts are discharged by this order or whose judgments are declared null and void in 2 above, are enjoined from instituting or continuing any action, employing any process or engaging in any act to collect such debts as personal liabilities of the Debtor(s).

4. John S. Pereira is discharged as the Trustee of the Debtor's estate and the bond is cancelled. The chapter 7 case of the Debtor(s) is closed.

Dated: 2/3/10          Robert E. Gerber, Bankruptcy Judge

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0208-1          User: lebanks              Page 1 of 1               Date Rcvd: Feb 03, 2010
Case: 09-16590                Form ID: 155               Total Noticed: 15

The following entities were noticed by first class mail on Feb 05, 2010.
 db            +Nelson Castillo,    3216 Colden Avenue,    Apt. 3,    Bronx, NY 10469-3806
 smg            N.Y. State Unemployment Insurance Fund,    P.O. Box 551,    Albany, NY  12201-0551
 smg            New York City Dept. Of Finance,    345 Adams Street, 3rd Floor,
                Attn: Legal Affairs - Devora Cohn,    Brooklyn, NY  11201-3719
 smg            New York State Tax Commission,    Bankruptcy/Special Procedures Section,    P.O. Box 5300,
                Albany, NY  12205-0300
 smg            United States Attorney,    One St. Andrew's Plaza,    Claims Unit - Room 417,
                New York, NY  10007-1701
 ust           +United States Trustee,    33 Whitehall Street,    21st Floor,    New York, NY 10004-2122
5006386         Eltman, Eltman & Cooper PC,    140 Broadway,    26th Floor,    New York, NY 10005-1108
5006387        +Forster & Garbus,    500 Bi-County Blvd.,    Ste 300 - West Wing,    Farmingdale, NY 11735-3988
5006388         NEO MEDCLR,    P.O. BOX 8547,    PHILADELPHIA, PA 19101
5006389        +NORTHLAND GROUP INC,    PO BOX 390846,    MAIL CODE CPQ1,    EDINA, MN 55439-0846
5006390         NYS DEPT OF LABOR,    UI Division,    CLAIMANT OVERPAYMENTS,    PO BOX 611,    ALBANY, NY 12201-0611
5006391         PRESSLER & PRESSLER,    7 ENTIN RD.,    PARSIPPANY, NJ 07054-5020
5006392        +Stephen Einstein & Associates PC,    20 Vesey Street  Ste 1406,    New York, NY 10007-4217
5006393        +Teresa Martinez,    1727 Wallace Street,    Bronx NY 10462-3915

The following entities were noticed by electronic transmission on Feb 03, 2010.
5026706         EDI: RECOVERYCORP.COM Feb 03 2010 15:58:00     Recovery Management Systems Corporation,
                25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                              TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 05, 2010**                    Signature: _Joseph Speetjens_